No. 98–6101.  HILL v. BURDICK, CHAPTER 7 TRUSTEE, ET AL. C. A. 1st Cir.  Certiorari denied.

No. 98–6104.  KIDO v. HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 98–6106.  GOMEZ v. EASTLAND COUNTY, TEXAS, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 98–6121.  MACK v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 98–6144.  NICOLAISON v. DOTH, COMMISSIONER OF HUMAN SERVICES OF MINNESOTA.  Ct. App. Minn.  Certiorari denied.

No. 98–6216.  MILLENDER v. HOOKS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–6258.  LARA v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 98–6265.  HACHMEISTER v. DEPARTMENT OF DEFENSE. C. A. Fed. Cir.  Certiorari denied.

No. 98–6287.  VINNIE v. MASSACHUSETTS.  Sup. Jud. Ct. Mass. Certiorari denied.

No. 98–6294.  JORDAN v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 98–6298.  JACOBS v. EDWARDS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 98–6300.  M'MALANI v. NEWPORT NEWS SHIPBUILDING & DRY DOCK CO.  C. A. 4th Cir.  Certiorari denied.

No. 98–6305.  BRIGHTWELL v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC/CLASSIFICATION CENTER AT CAMP HILL, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–6323.  CARTER v. HOPKINS, WARDEN.  C. A. 8th Cir. Certiorari denied.